UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PHYLLIS EILEEN RISCH FARREN,

    Plaintiff,

v.                                          Case No.: 2:20-cv-00680-JLB-MRM

DARDEN CHEDDAR'S SCRATCH
KITCHEN,

    Defendant.
_____/

## ORDER

    This Court previously directed Plaintiff Phyllis Eileen Risch Farren to show cause as to why venue was proper in this Court no later than September 24, 2020. (Doc. 4.) Ms. Farren, who is pro se, diligently mailed a handwritten response to the Court which was received on September 23 but not docketed until September 25—after the Court had already ordered this action to be transferred to the Northern District of Florida. (Docs. 4–5); see also Fed. R. Civ. P. 6(d). The Court has reviewed Ms. Farren's response and concluded that it does not change the Court's ruling. Accordingly, this action shall remain transferred to the Northern District of Florida.

    **ORDERED** in Fort Myers, Florida, on September 29, 2020.

*[signature]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE